No. 850. NATIONAL BANK OF COMMERCE OF ST. LOUIS v. DAVID R. FRANCIS ET AL. February 26, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Missouri denied. *Mr. George L. Edwards, Jr.,* and *Mr. Edward J. White* for petitioner. *Mr. P. Taylor Bryan, Mr. Sam B. Jeffries* and *Mr. Thomas Bond* for respondents.

---

No. 716. AMERICAN TRUST COMPANY v. S. S. MCNINCH ET AL. Error to the Supreme Court of the State of North Carolina. March 5, 1923. Petition for a writ of certiorari herein denied. *Mr. John M. Robinson,* for plaintiff in error, in support of the petition. *Mr. William P. Bynum, Mr. W. Cleveland Davis, Mr. Plummer Stewart, Mr. John A. McRae* and *Mr. John J. Parker,* for defendants in error, in opposition to the petition. [See *ante,* 606.]

---

No. 799. WARD GRANDPRE v. CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY. March 5, 1923. Petition for a writ of certiorari to the Supreme Court of the State of South Dakota denied. *Mr. Tom Davis, Mr. Ernest A. Michel* and *Mr. Wade H. Ellis* for petitioner. *Mr. O. W. Dynes* for respondent.

---

No. 821. HANNAH LEVINE v. PENNSYLVANIA RAILROAD COMPANY. March 5, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John L. Wilkie* for petitioner. *Mr. Van Vechten Veeder* for respondent.

---

No. 826. WILLIAM LUCKING v. DETROIT & CLEVELAND NAVIGATION COMPANY. Appeal from the Circuit Court of Appeals for the Sixth Circuit. March 5, 1923. Peti-